```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 9, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

EASTMAN KODAK CO.,

                Reorganized Debtor.

Chapter 11
Case No. 12-10202 (ALG)

VALENTIN ANSELMO
ORTEGA LOPEZ,

                Appellant,

- against -

EASTMAN KODAK CO.,

                Appellee.

**ORDER**

14 Civ. 9519 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The above-captioned bankruptcy appeal was docketed on December 9, 2014 and assigned to this Court. On March 10, 2015, the Clerk of Court docketed a notice that the record on appeal is complete and is available electronically. Appellant, proceeding pro se, has not filed a brief or any other document in this case.

        Pursuant to the Federal Rules of Bankruptcy Procedure, "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Fed. R. Bank. P. 8018(a)(1). If an appellant does not timely file a brief, the district court, after giving notice to appellant, may dismiss the appeal. Fed. R. Bank. P. 8018(a)(1).

        It is hereby ORDERED that Appellant Valentin Anselmo Ortega Lopez file a brief within 30 days of this order. If Appellant does not file a brief within this time period, the

time period, the appeal will be dismissed for failure to prosecute.

The Clerk is directed to mail a copy of this order via certified mail to pro se Appellant Valentin Anselmo Ortega Lopez, 326 Greenwood Avenue, Sanger, CA 93657.

Dated: New York, New York
      June 9, 2015

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge